UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Haliki Green, Jr.; ET AL.,
   [Plaintiff(s)],

vs.

Theresa Cisneros; ET AL.,
   [Defendant(s)].

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

CASE NUMBER: 1:22-cv-01072 HBK (PC)

FILED
Aug 25, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

I, **Haliki Green, Jr.**, declare that I am the petitioner in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the petition.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No (IF "NO" DO NOT USE THIS FORM)

   If "Yes" state the place of your incarceration: **CSATF / SP @ Corcoran**

   Have the institution fill out the Certificate portion of this application.

2. Are you currently employed?   ☒ Yes   ☐ No

   a. If the answer is "Yes" state the amount of your pay. **Not a paid position. $0.00¢**

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends   ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments   ☐ Yes   ☒ No
   e. Gifts or inheritances   ☐ Yes   ☒ No
   f. Any other sources   ☒ Yes   ☐ No **(STIMULUS PAYMENT)**

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received and what you expect you will continue to receive. Please attach an additional sheet if necessary.

4. Do you have cash or checking or savings accounts?   ☐ Yes   ☒ No

If "Yes" state the total amount: __N/A__

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

If "Yes" describe the property and state its value: __N/A__

6. Do you have any other assets?   ☐ Yes   ☒ No

If "Yes," list the asset(s) and state the value of each asset listed.

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

__7/28/2022__
DATE

__/s/-Haliki Green, Jr.©, ALL RIGHTS RESERVED__
SIGNATURE OF APPLICANT
CDCR# BH4322

CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $__2.30__ on account to his/her credit at __CSATF__ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $__561.29__. I further certify that during the past six months the average of monthly deposits to the applicant's account was $__311.51__.

__8/2/22__
DATE

SIGNATURE OF AUTHORIZED OFFICER

- 2 of 2 -

AUG 0 2 2022

| Date\Time: 8/2/2022 | | CDCR | Verified: _____ |
|---|---|---|---|
| Institution: SATF | | Inmate Statement Report | |
| Start Date: | 2/2/2022 | Revalidation Cycle: | All |
| End Date: | 8/2/2022 | Housing Unit: | All |
| Inmate/Group#: | BH4322 | | |

# Inmate Statement Report

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| BH4322 | GREEN, HALIKI | SATF | D 002 2 | 216001 |

Current Available Balance: $2.30

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 02/02/2022 | SATF | BEGINNING BALANCE | | | | $0.27 |
| 02/15/2022 | SATF | INMATE SPECIAL DEPOSIT - DO/CS ONLY | EIP# 4041 84248988 | 19790 | $1,200.00 | $1,200.27 |
| 02/15/2022 | SATF | MISC. INCOME (EXEMPT) | EIP# 4041 84248988 | 19790 | $600.00 | $1,800.27 |
| 02/15/2022 | SATF | MISC. INCOME (EXEMPT) | EIP# 4041 84248988 | 19790 | $44.03 | $1,844.30 |
| 03/17/2022 | SATF | DIRECT ORDER PAYMENT | EIP# 4041 84248988 | | ($600.00) | $1,244.30 |
| 03/17/2022 | SATF | SALES | 45 | | ($229.45) | $1,014.85 |
| 03/19/2022 | SATF | KIOSK REQUEST | | | ($35.00) | $979.85 |
| 03/21/2022 | SATF | KIOSK REQUEST | | | ($50.00) | $929.85 |
| 03/23/2022 | SATF | KIOSK REQUEST | | | ($31.00) | $898.85 |
| 04/01/2022 | SATF | KIOSK REQUEST | | | ($15.00) | $883.85 |
| 04/06/2022 | SATF | SALES | 2 | | ($238.15) | $645.70 |
| 04/12/2022 | SATF | KIOSK REQUEST | | | ($27.00) | $618.70 |
| 04/21/2022 | SATF | KIOSK REQUEST | | | ($35.00) | $583.70 |
| 04/23/2022 | SATF | KIOSK REQUEST | | | ($30.00) | $553.70 |
| 04/26/2022 | SATF | KIOSK REQUEST | | | ($15.00) | $538.70 |
| 04/30/2022 | SATF | KIOSK REQUEST | | | ($16.90) | $521.80 |
| 05/11/2022 | SATF | SALES | 23 | | ($239.40) | $282.40 |
| 05/19/2022 | SATF | INMATE VOLUNTARY WITHDRAWAL | H. M. GREEN | 1156391 | ($150.00) | $132.40 |
| 05/27/2022 | SATF | KIOSK REQUEST | | | ($15.00) | $117.40 |
| 06/06/2022 | SATF | KIOSK REQUEST | | | ($15.00) | $102.40 |
| 06/10/2022 | SATF | SALES | 5 | | ($66.00) | $36.40 |
| 06/12/2022 | SATF | KIOSK REQUEST | | | ($0.65) | $35.75 |
| 06/21/2022 | SATF | SALES | 33 | | ($35.65) | $0.10 |
| 07/12/2022 | SATF | JPAY | 0000000145364893 | | $25.00 | $25.10 |
| 07/12/2022 | SATF | DIRECT ORDER PAYMENT | 0000000145364893 | | ($12.50) | $12.60 |
| 07/13/2022 | SATF | KIOSK REQUEST - GTL | | | ($10.00) | $2.60 |
| 07/19/2022 | SATF | LEGAL COPY | 07/19/2022 | | ($0.30) | $2.30 |

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|

**No information was found for the given criteria.**

## Obligation List

AUG 0 3 '22

2

## Inmate Statement Report

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| | | **No information was found for the given criteria.** | | |

### Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| DIRECT ORDER | MF012020 | Active | $4,810.86 | $0.00 | ($612.50) | $3,218.36 |
| RESTITUTION FINE | MF012020 | Active | $300.00 | $0.00 | $0.00 | $300.00 |

AUG 0 2 2022

3