```
1  Haliki Green Jr.
     c/o: CDCR# BH4322
2    c/o: SATF-D2/ #216
   SATF and STATE PRISON-Corcoran
3  900 Quebec Ave.;P.O. BOX# 7100
   Corcoran, CA 93212
4
```





FILED

SEP 23 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
     DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALIKI GREEN JR.; ET AL., <br><br>                Plaintiffs, <br><br> v. <br><br> THERESA CISNEROS, WARDEN; ET AL., <br><br>                Defendants. | Case No.: 1:22-cv-01072-ADA-HBK(PC) <br><br> NOTICE TO CLERK OF PARTIES TO COMPLAINT NOT REFLECTED IN COURT'S DOCUMENT TITLED: FIRST INFORMATIONAL ORDER IN PRISONER/CIVIL DETAINEE CIVIL RIGHTS CASE FILED 8/26/2022; REQUEST FOR CORRECTION. <br><br> Date: September 19, 2022 <br><br> Hon. Ana de Alba, JUDGE |

   NOTICE IS HEREBY GIVEN Plaintiff, Haliki Green Jr., in propia persona, without a professional attorney, is in receipt of the Court's FIRST INFORMATIONAL ORDER filed in the above entitled Court on 8/26/2022.

   FURTHER NOTICE IS HEREBY GIVEN the initial papers reflect there are multiple **Plaintiffs** to this matter, namely, **Joe Alfred Taylor-El III; ET AL. (hereon Plaintiffs)** Plaintiffs humbly request this Court, and all moving and responsive papers, reflect **Plaintiffs**, as parties to this complaint, as: " HALIKI GREEN JR.; ET AL " hereonout.

- 1 -

1  Defendants do accurately reflect as, " THERSA CISNEROS; ET AL."

2

3  I, the undersigned, do swear and affirm to the foregoing true, correct
4  and not misleading under the penalty of perjury. Executed 9/19/2022 in
5  Corcoran, California.

6                                    Humbly Submitted in Honor,
                                     *Haliki Green Jr.*
7
8                                    Haliki Green Jr.
                                     In Propia Persona, Plaintiff
9                                    ALL RIGHTS RESERVED ®

10                                   *Joe Alfred Taylor-El III*
11                                   Joe Alfred Taylor-El III
                                     In Propia Persona, Plaintiff
12                                   ALL RIGHTS RESERVED ®

13        ** Authorized Signators without the Other **

14  //
15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

- 2 -
NOTICE TO CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Haliki Green, Jr., ET AL.,
    Plaintiff(s),

v.

Theresa Cisneros, ET AL.
    Defendant(s).

Case Number: 1:22-CV-01072-ADA-HBK(PC)

PROOF OF SERVICE

I hereby certify that on **September 19, 2022**, I served a copy of the attached **NOTICE TO CLERK OF PARTIES TO COMPLAINT** by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at **CSATF/SP IN Corcoran, California** to:

~~(List Name and Address of Each Defendant or Attorney Served)~~

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
2500 Tulare Street, Rm# 1501
FRESNO, CA 93721-1318

I declare under penalty of perjury that the foregoing is true and correct.

_Haliki Green Jr._
(Signature of Person Completing Service)