UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALIKI GREEN, JR., <br><br> Plaintiff, <br><br> v. <br><br> THERESA CISNEROS, ET. AL., <br><br> Defendant. | Case No. 1:22-cv-01072-ADA-HBK (PC) <br><br> ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* <br><br> (Doc. No. 2) <br><br> ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY THE CALIFORNIA DEPARTMENT OF CORRECTIONS <br><br> (Doc. No. 2) |

Plaintiff Haliki Green, Jr., a prisoner at the California Substance Abuse and Treatment Facility (CSATF), initiated this action on August 25, 2022 by filing a *pro se* civil rights complaint under 42 U.S.C. § 1983. (Doc. No. 1, Complaint). Plaintiff seeks leave to proceed *in forma pauperis* and submitted a copy of his prison trust fund statement and a Certification from prison officials in support. (Doc. No. 2). Plaintiff has made the showing required by § 1915(a) to proceed *in forma pauperis* but remains obligated to pay the statutory filing fees as set forth in 28 U.S.C. § 1915. **Plaintiff is obligated to make an initial payment of \$62.00[1] (20% of current balance in inmate account). *Id*., § 1915(b)(1)(A).** Thereafter, Plaintiff is required to make

---

[1] According to the Inmate Statement Report, Plaintiff's current balance in his inmate trust account is \$311.51 and average monthly balances are \$561.29. (Doc. No. 2 at 5).

monthly payments of 20% of the preceding month's income credited to his trust account. The California Department of Corrections is required to send the initial $62.00 payment to the Clerk of the Court and subsequent payments from Plaintiff's account each time the amount in his account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

ACCORDINGLY, it is **ORDERED**:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is GRANTED.

2. **The Secretary of the California Department of Corrections, or his designee shall forward an initial payment of $62.00 to the Clerk of the Court from Plaintiff's prison trust account in accordance with 28 U.S.C. § 1915(b)(1)(A) and shall make future monthly payments in an amount equal to twenty percent (20%) of the preceding month's income credited to the Plaintiff's trust account each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.** The payments shall be clearly identified by the name and number assigned to this action.

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Secretary of the California Department of Corrections, via the court's electronic case filing system (CM/ECF).

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

Dated:   November 2, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE