# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALIKI GREEN,<br><br>    Plaintiff,<br><br>v.<br><br>THERESA CISNEROS, et al.,<br><br>    Defendants. | No. 1:22-cv-01072-KES-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PROSECUTE AND FAILURE TO OBEY COURT ORDER<br><br>Doc. 11 |

Plaintiff Haliki Green filed this prisoner civil rights action against Defendants under 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 20, 2023, the assigned magistrate judge filed findings and recommendations, recommending this Court dismiss Plaintiff's complaint for failure to prosecute and failure to comply with court orders. Doc. 11. The findings and recommendations contained notice that any objections were to be filed within fourteen days of service. *Id*. at 5. Plaintiff has not filed any objections, and the time to do so has passed. *See* docket.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, it is ORDERED:

1. The findings and recommendations filed on November 20, 2023 (Doc. 11) are ADOPTED IN FULL.
2. The Clerk of Court is directed to terminate any pending motions and CLOSE this case.

IT IS SO ORDERED.

Dated:   April 12, 2024

_____
UNITED STATES DISTRICT JUDGE

2